IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIESHA TABON, | : | |
|     Plaintiff, | : | |
| v. | : | No.:   10-cv-2781 |
| | : | |
| UNIVERSITY OF PENNSYLVANIA | : | |
| HEALTH SYSTEM and PRESBYTERIAN | : | |
| MEDICAL CENTER OF THE UNIVERSITY | : | |
| OF PENNSYLVANIA HEALTH SYSTEM, | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this ___20th___ day of July, 2012, upon consideration of Plaintiff's Motion for Sanctions for Spoliation (Doc. No. 57), Opposition of Defendants University of Pennsylvania Health System and Presbyterian Medical Center of The University of Pennsylvania Health System d/b/a Penn Presbyterian Medical Center to Plaintiff's Motion for Sanctions for Spoliation (Doc. No. 71), and Plaintiff's Reply to Defendants' Memorandum Opposing an Adverse Jury Instruction for Spoliation (Doc. No. 76), **IT IS HEREBY ORDERED** that the instant motion is **DENIED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE