IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIESHA TABON, : | |
|     Plaintiff, : | |
| v. : | No.: 10-cv-2781 |
| : | |
| UNIVERSITY OF PENNSYLVANIA : | |
| HEALTH SYSTEM and PRESBYTERIAN : | |
| MEDICAL CENTER OF THE UNIVERSITY : | |
| OF PENNSYLVANIA HEALTH SYSTEM, : | |
|     Defendants. : | |

## O R D E R

**AND NOW**, this ___20th___ day of July, 2012, upon consideration of Plaintiff's Motion to Amend Her Complaint (Doc. No. 64), and Opposition of Defendants University of Pennsylvania Health System and Presbyterian Medical Center of The University of Pennsylvania Health System d/b/a Penn Presbyterian Medical Center to Plaintiff's Motion to Amend Her Complaint (Doc. No. 72), **IT IS HEREBY ORDERED** that the instant motion is **GRANTED**. The Clerk of Court shall separately docket the First Amended Civil Action Complaint that is attached to the Motion to Amend.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE